IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA § 
 §
v. § CRIMINAL NO. 4:08-CR-211-SDJ-CAN
 §
MARIBEL MARTINEZ § 
 §

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on April 26, 2021, to determine whether Defendant violated her supervised release. Defendant was represented by Michelle Allen-McCoy. The Government was represented by Will Tatum.

On October 28, 2009, Defendant was sentenced by the Honorable Marcia A. Crone, United States District Judge, to a sentence of sixty (60) months imprisonment, followed by a three (3) year term of supervised release for the Interstate Transportation in Aid of Racketeering Activity. Defendant's supervision commenced March 1, 2013.

On November 2, 2015, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 211). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; and (2) immediately upon release from confinement, Defendant shall be surrendered to a duly authorized immigration official for deportation proceedings in accordance with the established procedures provided by the Immigration and Nationality Act, 8 U.S.C. Section 1101, et. seq. If ordered deported, Defendant shall remain outside of the United States. In the event Defendant is not deported, or for any reason re-enters the country after having been deported,

1

Defendant shall comply with all conditions of supervised release, to include reporting to the nearest U.S. Probation Office within seventy-two (72) hours of release by immigration officials or re-entry into the country.

The Petition asserts that Defendant violated these conditions because: (1, 2) on May 19, 2015, the Desoto, Texas, Police Department took a Fraud report from Mack Haik Ford in Desoto, Texas. The report alleges that on or about November 19, 2014, and on or about November 29, 2014, Defendant committed Fraud by purchasing two vehicles from the dealership using the alleged victim's identifying information. Defendant illegally re-entered the United States, in violation of U.S.C. § 1326, after having been previously deported from the United States on March 13, 2013.

At the hearing, Defendant entered a plea of true to allegations one and two (1–2). Defendant waived her right to allocute before the district judge and her right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of her supervised release and, thus, her supervised release should be revoked.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the April 26, 2021, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months with no additional supervised release to follow. The Court recommends Defendant serve her term of imprisonment in the Bureau of Prisons Fort Worth, if appropriate.

**So ORDERED and SIGNED this 27th day of April, 2021.**

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE