# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:08-CR-211-ALM-CAN |
| MARIBEL MARTINEZ | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 27, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #245) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months with no additional supervised release to follow.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months with no additional supervised release to follow. The Court recommends Defendant serve her term of imprisonment in the Bureau of Prisons Fort Worth, if appropriate.

**IT IS SO ORDERED**.
SIGNED this 5th day of May, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE